No. 78. PIEDMONT GROCERY CO. *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Harry G. Fisher* for petitioner. *Attorney General Mitchell, Assistant Attorney General Galloway,* and *Mr. Fred K. Dyar* for the United States.

No. 80. KELLY *v.* WATKINS ET AL. October 14, 1929. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. E. E. Blake* for petitioner. *Mr. J. B. Moore* for respondents.

No. 82. ABBOTT *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. John F. McCarron* and *George E. Hamilton* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Mr. Fred K. Dyar* for the United States.

No. 83. HIGGINBOTHAM-BAILEY-LOGAN CO. ET AL. *v.* INTERNATIONAL SHOE CO. ET AL. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Lee Gammage Carter* for petitioners. No appearance for respondents.

No. 84. ROGERS *v.* CANADIAN NATIONAL R. CO. October 14, 1929. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Messrs. Wm. R. Walsh* and *Joseph Walsh* for petitioner. *Messrs. H. R. Martin* and *Leo J. Carrigan* for respondent.